NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1480

### LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff-Appellant,

v.

### LIMELIGHT NETWORKS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 07-CV-589, Judge Mark S. Davis.

- - - - - - - - - - - - - - - - - - - - - -

## 2009-1486

### LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff-Appellee,

v.

### LIMELIGHT NETWORKS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 07-CV-589, Judge Mark S. Davis.

ON MOTION

### O R D E R

Upon consideration of Limelight Networks, Inc.'s motion to voluntarily dismiss appeal no. 2009-1486,

IT IS ORDERED THAT:

(1)    The motion is granted.   The revised official caption in 2009-1480 is reflected above.

(2)    Each side shall bear its own costs in 2009-1486.

FOR THE COURT

JAN 2 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Geoffrey Eaton, Esq.
       Robert G. Krupka, Esq.

s8

ISSUED AS A MANDATE (as to 2009-1486 only):  JAN 2 9 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 9 2010

JAN HORBALY
CLERK

2009-1480, -1486                    2